UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------

UNITED STATES OF AMERICA, : CASE NO. 1:12CR00429-002

    Plaintiff,

vs; : ORDER

MICHEL FERNANDEZ,

    Defendant.

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

A Report and Recommendation by Magistrate Judge Nancy A. Vecchiarelli was filed in this case on October 24, 2012 [Doc. 23] recommending that defendant's plea of guilty be accepted and a finding of guilty be entered by this Court.

The Court hereby adopts Magistrate JudgeVecchiarelli's Report and Recommendation and accepts the defendant's plea of guilty and enters a finding of guilty.

IT IS SO ORDERED.

Dated: January 10, 2013                s/ *James S. Gwin*
                                                         JAMES S. GWIN
                                                         UNITED STATES DISTRICT JUDGE